IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PATRICIA A. JOHNSON,                )<br>                                                    )<br>            Plaintiff                         )<br>                                                    )<br>      v.                                          )<br>                                                    )<br>NORFOLK SOUTHERN RAILWAY  )<br>COMPANY,                                 )<br>                                                    )<br>            Defendant                      ) | Case No. 3:04-CV-88RM |

OPINION AND ORDER

On August 11, the plaintiff filed a motion to compel certain discovery. As indicated in the plaintiff's reply brief, the parties have since resolved some of the issues in the motion to compel. However, certain discovery issues surrounding "Exhibit Z" still remain. On September 12, the defendant moved the court for leave to file a sur-reply to address what it characterized as an inaccurate representation of a discussion between the parties.

Because it appears the relief requested by the plaintiffs' reply goes beyond the scope of what FED. R. CIV. P. 26(a) requires, the court DENIES the plaintiff's motion to compel [Doc. No. 111] as a new discovery request filed after the discovery deadline, and thus DENIES the defendant's motion to file a sur-reply as moot [Doc. No. 122].

SO ORDERED.

DATED: September 13, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
Judge, United States District Court

Copies To:

Louis E. Jungbauer
ljungbauer@yjblaw.com

Edward J. Chester
ed@chesterlawoffice.com

John C. Duffey
jcd@stuartlaw.com

Heather L. Emenhiser
hle@stuartlaw.com